# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:03-CR-0089** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **KEVIN LAMARR BETHEA** | : | |

## **ORDER**

AND NOW, this 1st day of December, 2005, upon consideration of defendant's motion (Doc. 34) for the return of property seized by the government, see FED. R. CRIM P. 41(g) ("A person aggrieved by the unlawful search and seizure of property or by the deprivation of property may move for the property's return."), it is hereby ORDERED that:

1. The Clerk of Court is directed to serve a copy of the motion (Doc. 34) on the United States Attorney.

2. The United States Attorney shall file a response to the motion on or before December 16, 2005.

                                                      S/ Christopher C. Conner  
                                                      CHRISTOPHER C. CONNER  
                                                      United States District Judge